UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL SMITH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>HUNT & HENRIQUES, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:16-cv-3048-CAB-(JLB)<br><br>**DISMISSAL WITHOUT PREJUDICE** |

　　The complaint in this action was filed on December 16, 2016.  [Doc. No. 1.]  On December 19, 2016, the Court issued an Order to Show Cause why this case should not be dismissed for lack of jurisdiction.  [Doc. No. 4.]  The deadline to respond to the order to show cause has passed and Plaintiff has not filed a response.  Aside from notices of appearances, no other activity has occurred on the docket.  Accordingly, it is hereby **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

　　**IT IS SO ORDERED**.

Dated:  January 4, 2017

_____
Hon. Cathy Ann Bencivengo
United States District Judge